IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

THE NATIONAL MINORITY SUPPLIER
DEVELOPMENT COUNCIL BUSINESS
CONSORTIUM FUND, INC.,

    Plaintiff,

VS.                                         NO. 01-2569-Ma

UNION PLANTERS NATIONAL BANK and
CLARENCE J. HARRIS, JR., individually and
RIVER CITY RAILROAD CONTRACTORS, INC.,

    Defendants.

---

### ORDER OF DISMISSAL

The parties have submitted a "Stipulation of Dismissal" in this matter indicating that this matter may be dismissed with prejudice. It is therefore ORDERED that this case is DISMISSED with prejudice, each party to bear its own costs, including attorneys' fees.

Entered this 12th day of May, 2005.

                  SAMUEL H. MAYS, JR.
                  UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-18-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 154 in case 2:01-CV-02569 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Scott A. Frick
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Clarence J. Harris
P.O. Box 140396
Memphis, TN 38114--039

Caren Beth Nichol
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Michael G. McLaren
BLACK MCLAREN JONES & RYLAND
530 Oak Court Dr.
Ste. 310
Memphis, TN 38117

Honorable Samuel Mays
US DISTRICT COURT