UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 20 AM 9:52

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

THE NATIONAL MINORITY SUPPLIER
DEVELOPMENT COUNCIL BUSINESS
CONSORTIUM FUND, INC.,

    Plaintiff,

v.                                                          Cv. No. 01-2569-Ma

UNION PLANTERS NATIONAL BANK and
CLARENCE J. HARRIS, JR., individually
and RIVER CITY RAILROAD CONTRACTORS, INC.,

    Defendants.

# JUDGMENT

Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice, in accordance with the Order of Dismissal, docketed May 18, 2005.

**APPROVED:**

_/s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

May 19, 2005
DATE

ROBERT R. DI TROLIO
CLERK

_/s/_
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  5-20-05

/55

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 155 in case 2:01-CV-02569 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Scott A. Frick
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Clarence J. Harris
P.O. Box 140396
Memphis, TN 38114--039

Caren Beth Nichol
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Michael G. McLaren
BLACK MCLAREN JONES & RYLAND
530 Oak Court Dr.
Ste. 310
Memphis, TN 38117

Honorable Samuel Mays
US DISTRICT COURT